IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:09cr08**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) ANDREW DOUGLAS DALZELL. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on defense counsel's Motion to Secure Documents for Use in Appeal. [Doc. 33].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's Motion to Secure Documents for Use in Appeal [Doc. 33] is **ALLOWED**. The Clerk is directed to permit appellate counsel access to the confidential and/or sealed documents contained in the Defendant's court file.

**IT IS SO ORDERED.**

Signed: May 22, 2010

Martin Reidinger
United States District Judge