# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:09cr08

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ANDREW DOUGLAS DALZELL. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Secure Affidavit of Mr. Williams. [Doc. 37].

By this motion, the Defendant's appellate counsel seeks a copy of an affidavit that was submitted to the Court by defense counsel at sentencing. Appellate counsel has advised the Court's chambers that he now has procured a copy of this affidavit from Defendant's former counsel. Accordingly, the Defendant's motion is now moot.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Secure Affidavit of Mr. Williams [Doc. 37] is **DENIED AS MOOT**.

IT IS SO ORDERED.

Signed: August 11, 2010

Martin Reidinger
United States District Judge